

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00581-CV

**IN THE MATTER OF THE GUARDIANSHIP OF MARY JANE HARGROVE**,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 17-002-G
Honorable Sid L. Harle, Judge Presiding

# O R D E R

In her October 13, 2017 notification of late record, court reporter Patricia Abeyta advised the court that she had broken her right humerus, was temporarily unable to work, and requested a sixty-day extension of time to file the record until December 29, 2017. After we granted in part her first motion for extension of time to file the record, the reporter's record was due to be filed with this court on November 29, 2017. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

On December 6, 2017, Appellant filed with this court a copy of a letter addressed to Patricia Abeyta indicating that, despite multiple attempts, Appellant has been unable to contact her regarding the status of the reporter's record. To date, the reporter's record has not been filed.

We ORDER court reporter Patricia Abeyta to file in this court the reporter's record, or a second request for extension of time to file the record, **not later than FIFTEEN DAYS from the date of this order**. *See id.*

If the reporter's record or a second request for an extension of time to file the reporter's record is not filed as ordered, a show cause order shall issue directing Patricia Abeyta to appear on a day certain and show cause why she should not be held in contempt for failing to file the record or respond to this order. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

We direct the clerk of this court to cause a copy of this order to be served on Patricia Abeyta by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court